

*1108924 6*
*$1796.18*
*1/21/10*

# JOHN H. RING, III
### ATTORNEY AT LAW
### 385 CLEVELAND DRIVE
### BUFFALO, NEW YORK 14215

January 18, 2010

TEL: (716) 831-1994

U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501



FILED
JAN 21 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

    Re:    Cheryl D. Williams
             Bk. No. 05-11797B

Dear Sir/Madam:

    Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of Cheryl D. Williams.

    Please note that this check was returned to my office as not deliverable. I then located a new address for the creditor and resent the check. To date, the same has not been returned to my office and has not been cashed. Therefore, I have stopped payment on this check since it is beyond the 90 day period and I am enclosing the Estate of Cheryl D. Williams' check no. 144 in the amount of $1,796.18 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

    The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of Cheryl D. Williams.

| | | |
|---|---|---|
| Claim No. 18 | Biolectrom<br>25 Commerce Drive<br>Allendale, NJ 07401 | $1,575.00 |
| Claim No. 18I<br>(Interest on Claim) | Biolectrom<br>25 Commerce Drive<br>Allendale, NJ 07410 | $ 221.18 |

    If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

    Very truly yours,

    JOHN H. RING, III

JHR/pls
Enc.



RECEIVED
JAN 21 2010
BANKRUPTCY COURT
BUFFALO, NY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

WILLIAMS, CHERYL D.

Debtor.

Chapter 7

Case No. 05-11797 CLB

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 18 | Biolectrom<br>25 Commerce Drive<br>Allendale, NJ 07401 | $1,575.00 | $1,575.00 |
| 18I | Biolectrom<br>25 Commerce Drive<br>Allendale, NJ 07401 | $221.18 | $221.18 |

**TOTAL UNCLAIMED DIVIDENDS:** $ <u>1,796.18</u>

Dated: January 19, 2010

_____
JOHN H. RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994



FILED JAN 21 2010 BANKRUPTCY COURT BUFFALO, N.Y.